# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:19-CR-00329-M |
| | § | |
| MICKAEL GEDLU (1), | § | |
| | § | |
| Defendant. | § | |

## ORDER MODIFYING TERMS OF SUPERVISED RELEASE

The Court held a revocation hearing for Defendant Mickael Gedlu on May 5, 2021. The Court ordered the Defendant to continue on supervised release and imposed additional conditions of supervision as set forth below:

The Defendant shall not use "Suicide_bomber83" as a username or email address.

The Defendant shall not post on any websites or social media platforms, including, but not limited to, Reddit.

**SO ORDERED**.

May 6, 2021.

BARBARA M. G. LYNN
CHIEF JUDGE